IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LYUDMILA LELARY, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 3:04-0635 |
| | ) JUDGE KNOWLES |
| RENAISSANCE NASHVILLE, | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the Memorandum Opinion filed contemporaneously herewith, Defendant's Motion for Summary Judgment (Docket No. 21) is hereby GRANTED, and this action is DISMISSED WITH PREJUDICE, the Court concluding that there is no genuine issue as to any material fact and that Defendant is entitled to a judgment as a matter of law.

IT IS SO ORDERED.

_E. Clifton Knowles_
E. Clifton Knowles
United States Magistrate Judge